UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**  ) | Case No.: 04 10277 RGS |
| ) | |
| Plaintiff,  ) | **PLAINTIFF'S REQUEST** |
| ) | **FOR ENTRY OF DEFAULT** |
| vs.  ) | |
| ) | |
| **Richard Thornton**  ) | |
| ) | |
| Defendant  ) | |
| ) | |

Now comes the Plaintiff MediaOne of Massachusetts, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant Richard Thornton (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

3/16/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ____ day of _____, 2004, a copy of the foregoing Request for Default was mailed first class to:

Richard Thornton
48 Church Street
North Andover, MA 01845

John M. McLaughlin, Esq.