UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 04 10277 RGS |
| ) | |
| Plaintiff, ) | **ORDER FOR NOTICE OF REQUEST** |
| ) | **FOR DEFAULT** |
| vs. ) | |
| ) | |
| **Richard Thornton,** ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk

Page 1